


UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re Drew Young ~~Maryanne Stuering my~~ )
)  Chapter _____
)
)  Case No. 08-03152
)
_____Debtor(s)__)

### Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 04/10/08

_____
Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

FORM NO. LBG-01

**City of Mesa**
P.O. Box 1466, 20 East Main St. Suite 350
Mesa AZ 85211-1466

| Pay Group: | BW1-BiWeekly (Regular) | Check #: | 0134545 |
|---|---|---|---|
| Pay Begin Date: | 01/21/2008 | | |
| Pay End Date: | 02/03/2008 | Check Date: | 02/07/2008 |

Drew Russell Young
5332 E. Baseline #2049
Mesa AZ 85206

| Employee ID: | 16679 |
|---|---|
| Department: | 572-Police Operations |
| Location: | City of Mesa |
| Job Title: | Police Officer |
| Pay Rate: | $2,164.80 Biweekly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Marital Status: | Married | 19.00% |
| Allowances: | 0 | |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | | 80.00 | 2,164.80 | 225.50 | 6,102.03 |
| Holiday | | 8.00 | 216.48 | 24.00 | 649.44 |
| Overtime | | | 0.00 | 1.00 | 40.59 |
| Sick Pay | | | 0.00 | 4.50 | 121.77 |
| Vacation | | | 0.00 | 10.00 | 270.60 |
| Total: | | 88.00 | 2,381.28 | 265.00 | 7,184.43 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 216.94 | 656.49 |
| Fed MED/EE | 32.01 | 96.63 |
| AZ Withholdng | 41.22 | 124.73 |
| Total: | 290.17 | 877.85 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Copay Medical | 164.00 | 492.00 |
| Dental Choice Plan | 17.00 | 51.00 |
| City of Mesa Vision Plan 2 | 3.45 | 10.35 |
| Great West 457 Plan | 173.18 | 522.79 |
| Police Pension | 182.17 | 549.61 |
| Total: | 539.80 | 1,625.75 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Community Spirit Gift | 20.00 | 60.00 |
| Total: | 20.00 | 60.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Fed Med/ER | 32.01 | 96.63 |
| Copay Medical | 336.00 | 1,008.00 |
| Dental Choice Plan | 68.00 | 204.00 |
| City of Mesa Vision Plan 2 | 3.40 | 10.20 |
| Life | 5.99 | 17.97 |
| Life* | 0.18 | 0.54 |
| GWest Employer Contribution | 10.82 | 32.46 |
| Public Safety LTD | 4.76 | 14.28 |
| Police Pension | 370.53 | 1,117.90 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,381.28 | 1,841.66 | 290.17 | 559.80 | 1,531.31 |
| YTD: | 7,184.43 | 5,559.22 | 877.85 | 1,685.75 | 4,620.83 |

## PTO HOURS

| | VACATION | SICK | PERSONAL DAY OFF | COMP |
|---|---|---|---|---|
| Start Balance: | 35.00 | 15.50 | 0.00 | 0.25 |
| + Earned: | 12.00 | 8.00 | 16.00 | |
| - Paid: | | | | |
| - Taken: | 10.00 | | 16.00 | |
| - Lost: | | | | |
| + Adjustments: | | | | |
| End Balance: | 37.00 | 23.50 | 0.00 | 0.25 |

## NET PAY DISTRIBUTION

| | |
|---|---|
| Total Direct Deposits | 30.00 |
| Other | 30.00 |
| Check #0134545 | 1,501.31 |
| Total: | 1,531.31 |

MESSAGE: FEB 9 FIT CITY CHALLENGE OF LARGEST ZUMBA EXERCISE CLASS IN MESA. CALL 2352 TO REGISTER.

Case 2:08-bk-03152-RJH    Doc 17    Filed 04/11/08    Entered 04/14/08 12:17:55    Desc
Main Document    Page 2 of 5

04/14/2008

## City of Mesa

P.O. Box 1466, 20 East Main St. Suite 350
Mesa AZ 85211-1466

FORM NO. LBG-01

| Pay Group: | BW1-BiWeekly (Regular) | Check #: | 0135737 |
|---|---|---|---|
| Pay Begin Date: | 03/17/2008 | | |
| Pay End Date: | 03/30/2008 | Check Date: | 04/03/2008 |

| Drew Russell Young<br>5332 E. Baseline #2049<br>Mesa AZ  85206 | Employee ID: 16679<br>Department: 572-Police Operations<br>Location: City of Mesa<br>Job Title: Police Officer<br>Pay Rate: $2,164.80 Biweekly | TAX DATA: Federal   AZ State<br>Marital Status: Married   19.00%<br>Allowances: 3<br>Addl. Pct.:<br>Addl. Amt.: |
|---|---|---|

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | | 80.00 | 2,164.80 | 441.00 | 11,933.46 |
| Overtime | | 0.00 | | 1.00 | 40.59 |
| Sick Pay | | 0.00 | | 24.50 | 662.97 |
| Comp Time | | 0.00 | | 4.00 | 108.24 |
| Compensatory Time Earned | | 0.00 | | 2.50 | 0.00 |
| FMLA Dock Time | | 0.00 | | 20.00 | 541.20 |
| FMLA Sick | | 0.00 | | 11.50 | 311.19 |
| FMLA Vacation | | 0.00 | | 48.50 | 1,312.41 |
| Holiday | | 0.00 | | 32.00 | 865.92 |
| Vacation | | 0.00 | | 10.50 | 284.13 |
| Total: | | 80.00 | 2,164.80 | 595.50 | 15,518.91 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 109.63 | 1,200.63 |
| Fed MED/EE | 28.87 | 207.38 |
| AZ Withholdng | 20.83 | 228.12 |
| Total: | 159.33 | 1,636.13 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Copay Medical | 164.00 | 1,148.00 |
| Dental Choice Plan | 17.00 | 119.00 |
| City of Mesa Vision Plan 2 | 3.45 | 24.15 |
| Great West 457 Plan | 173.18 | 1,172.22 |
| Police Pension | 165.61 | 1,187.21 |
| Total: | 523.24 | 3,650.58 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Community Spirit Gift | 20.00 | 140.00 |
| Total: | 20.00 | 140.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Fed Med/ER | 28.87 | 207.38 |
| Copay Medical | 336.00 | 2,352.00 |
| Dental Choice Plan | 68.00 | 476.00 |
| City of Mesa Vision Plan 2 | 3.40 | 23.80 |
| Life | 5.99 | 41.93 |
| Life* | 0.18 | 1.26 |
| GWest Employer Contribution | 10.82 | 73.04 |
| Public Safety LTD | 4.76 | 32.13 |
| Police Pension | 336.84 | 2,414.74 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,164.80 | 1,641.74 | 159.33 | 543.24 | 1,462.23 |
| YTD: | 15,518.91 | 11,869.59 | 1,636.13 | 3,790.58 | 10,092.20 |

### PTO HOURS

| | VACATION | SICK | PERSONAL DAY OFF | COMP |
|---|---|---|---|---|
| Start Balance: | 35.00 | 15.50 | 0.00 | 0.25 |
| + Earned: | 24.00 | 16.00 | 16.00 | 3.75 |
| - Paid: | | | | |
| - Taken: | 59.00 | 31.50 | 16.00 | 4.00 |
| - Lost: | | | | |
| + Adjustments: | | | | |
| End Balance: | 0.00 | 0.00 | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Total Direct Deposits | 30.00 |
| Other | 30.00 |
| Check #0135737 | 1,432.23 |
| Total: | 1,462.23 |

MESSAGE: FREE ONLINE CONSUMER REPORTS WITH YOUR CITY OF MESA LIBRARY CARD

Case 2:08-bk-03152-RJH  Doc 17  Filed 04/11/08  Entered 04/14/08 12:17:55  Desc
Main Document  Page 3 of 5

04/14/2008

FORM NO. LBG-01

**City of Mesa**
P.O. Box 1466, 20 East Main St. Suite 350
Mesa AZ 85211-1466

| Pay Group: | BW1-BiWeekly (Regular) | Check #: | 0135441 |
|---|---|---|---|
| Pay Begin Date: | 03/03/2008 | | |
| Pay End Date: | 03/16/2008 | Check Date: | 03/20/2008 |

| Drew Russell Young | Employee ID: | 16679 | TAX DATA: | Federal | AZ State |
|---|---|---|---|---|---|
| 5332 E. Baseline #2049 | Department: | 572-Police Operations | Marital Status: | Married | 19.00% |
| Mesa AZ 85206 | Location: | City of Mesa | Allowances: | 3 | |
| | Job Title: | Police Officer | Addl. Pct.: | | |
| | Pay Rate: | $2,164.80 Biweekly | Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Earnings | 15.50 | | 419.43 | 361.00 | 9,768.66 | Fed Withholdng | 47.37 | 1,091.00 |
| Comp Time | | 4.00 | 108.24 | 4.00 | 108.24 | Fed MED/EE | 20.99 | 178.51 |
| FMLA Dock Time | | 20.00 | 541.20 | 20.00 | 541.20 | AZ Withholdng | 9.00 | 207.29 |
| FMLA Sick | | 8.00 | 216.48 | 11.50 | 311.19 | | | |
| FMLA Vacation | | 32.00 | 865.92 | 48.50 | 1,312.41 | | | |
| Vacation | | 0.50 | 13.53 | 10.50 | 284.13 | | | |
| Overtime | | | 0.00 | 1.00 | 40.59 | | | |
| Sick Pay | | | 0.00 | 24.50 | 662.97 | | | |
| Compensatory Time Earned | | | 0.00 | 2.50 | 0.00 | | | |
| Holiday | | | 0.00 | 32.00 | 865.92 | | | |
| Total: | | 80.00 | 1,623.60 | 515.50 | 13,354.11 | Total: | 77.36 | 1,476.80 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Copay Medical | 164.00 | 984.00 | Community Spirit Gift | 20.00 | 120.00 | Fed Med/ER | 20.99 | 178.51 |
| Dental Choice Plan | 17.00 | 102.00 | | | | Copay Medical | 336.00 | 2,016.00 |
| City of Mesa Vision Plan 2 | 3.45 | 20.70 | | | | Dental Choice Plan | 68.00 | 408.00 |
| Great West 457 Plan | 129.89 | 999.04 | | | | City of Mesa Vision Plan 2 | 3.40 | 20.40 |
| Police Pension | 124.21 | 1,021.60 | | | | Life | 5.99 | 35.94 |
| | | | | | | Life* | 0.18 | 1.08 |
| | | | | | | GWest Employer Contribution | 8.12 | 62.22 |
| | | | | | | Public Safety LTD | 3.57 | 27.37 |
| | | | | | | Police Pension | 252.63 | 2,077.90 |
| Total: | 438.55 | 3,127.34 | Total: | 20.00 | 120.00 | * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,623.60 | 1,185.23 | 77.36 | 458.55 | 1,087.69 |
| YTD: | 13,354.11 | 10,227.85 | 1,476.80 | 3,247.34 | 8,629.97 |

| PTO HOURS | VACATION | SICK | PERSONAL DAY OFF | COMP | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance: | 35.00 | 15.50 | 0.00 | 0.25 | Total Direct Deposits | 30.00 |
| + Earned: | 24.00 | 16.00 | 16.00 | 3.75 | | |
| - Paid: | | | | | | |
| - Taken: | 59.00 | 31.50 | 16.00 | 4.00 | | |
| - Lost: | | | | | Other | 30.00 |
| + Adjustments: | | | | | Check #0135441 | 1,057.69 |
| End Balance: | 0.00 | 0.00 | 0.00 | 0.00 | Total: | 1,087.69 |

MESSAGE: RED MOUNTAIN LIBRARY OPEN HOUSE, 635 N. POWER, MARCH 26, 8:15 TO 9:45 AM, WEAR YOUR CITY BADGES.

FORM NO. LBG-01

**City of Mesa**
P.O. Box 1466, 20 East Main St. Suite 350
Mesa AZ 85211-1466

| Pay Group: | BW1-BiWeekly (Regular) | Check #: | 0135133 |
|---|---|---|---|
| Pay Begin Date: | 02/18/2008 | | |
| Pay End Date: | 03/02/2008 | Check Date: | 03/06/2008 |

Drew Russell Young
5332 E. Baseline #2049
Mesa AZ 85206

| Employee ID: | 16679 |
|---|---|
| Department: | 572-Police Operations |
| Location: | City of Mesa |
| Job Title: | Police Officer |
| Pay Rate: | $2,164.80 Biweekly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Marital Status: | Married | 19.00% |
| Allowances: | 0 | |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | | 60.00 | 1,623.60 | 345.50 | 9,349.23 |
| Compensatory Time Earned | | 2.50 | 0.00 | 2.50 | 0.00 |
| FMLA Sick | | 3.50 | 94.71 | 3.50 | 94.71 |
| FMLA Vacation | | 16.50 | 446.49 | 16.50 | 446.49 |
| Holiday | | 8.00 | 216.48 | 32.00 | 865.92 |
| Overtime | | | 0.00 | 1.00 | 40.59 |
| Vacation | | | 0.00 | 10.00 | 270.60 |
| Sick Pay | | | 0.00 | 24.50 | 662.97 |
| Total: | | 90.50 | 2,381.28 | 435.50 | 11,730.51 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 216.94 | 1,043.63 |
| Fed MED/EE | 32.02 | 157.52 |
| AZ Withholdng | 41.22 | 198.29 |
| Total: | 290.18 | 1,399.44 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Copay Medical | 164.00 | 820.00 |
| Dental Choice Plan | 17.00 | 85.00 |
| City of Mesa Vision Plan 2 | 3.45 | 17.25 |
| Great West 457 Plan | 173.18 | 869.15 |
| Police Pension | 182.17 | 897.39 |
| Total: | 539.80 | 2,688.79 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Community Spirit Gift | 20.00 | 100.00 |
| Total: | 20.00 | 100.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Fed Med/ER | 32.02 | 157.52 |
| Copay Medical | 336.00 | 1,680.00 |
| Dental Choice Plan | 68.00 | 340.00 |
| City of Mesa Vision Plan 2 | 3.40 | 17.00 |
| Life | 5.99 | 29.95 |
| Life* | 0.18 | 0.90 |
| GWest Employer Contribution | 10.82 | 54.10 |
| Public Safety LTD | 4.76 | 23.80 |
| Police Pension | 370.53 | 1,825.27 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,381.28 | 1,841.66 | 290.18 | 559.80 | 1,531.30 |
| YTD: | 11,730.51 | 9,042.62 | 1,399.44 | 2,788.79 | 7,542.28 |

### PTO HOURS

| | VACATION | SICK | PERSONAL DAY OFF | COMP |
|---|---|---|---|---|
| Start Balance: | 35.00 | 15.50 | 0.00 | 0.25 |
| + Earned: | 24.00 | 16.00 | 16.00 | 3.75 |
| - Paid: | | | | |
| - Taken: | 26.50 | 23.50 | 16.00 | |
| - Lost: | | | | |
| + Adjustments: | | | | |
| End Balance: | 32.50 | 8.00 | 0.00 | 4.00 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Total Direct Deposits | 30.00 |
| Other | 30.00 |
| Check #0135133 | 1,501.30 |
| Total: | 1,531.30 |

MESSAGE: DOBSON RANCH LIBRARY OPEN HOUSE, WED. MARCH 12, 8:15 ? 9:45 A.M. WEAR YOUR CITY BADGES.